IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GEORGE RICHARD MENDOZA,

    Plaintiff,

v.                                              4:21cv490–WS/MAF

E.L. OLDS, et al.,

    Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 8) docketed March 11, 2022. The magistrate judge recommends that Petitioner's claims be dismissed as frivolous and for failure to state a claim upon which relief may be granted. Petitioner has filed objections (ECF No. 9) to the report and recommendation.

Having reviewed the record in light of Petitioner's objections, the court finds—as did the magistrate judge—that all of Petitioner's claims are due to be dismissed as frivolous and/or for failure to state a claim.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 8) is hereby ADOPTED and incorporated by reference into this order.

2. Petitioner's habeas petition and this action are hereby DISMISSED with prejudice as frivolous and/or for failure to state a claim upon which relief may be granted.

3. The clerk shall enter judgment stating: "All claims are dismissed with prejudice."

4. The clerk shall note on the docket that this cause was dismissed pursuant to 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2)(B)(i) & (ii).

5. The clerk shall close the case.

DONE AND ORDERED this __10th__ day of __May__, 2022.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE